UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CLEAN WATER ACTION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 17-cv-0817 (KBJ) ) |
| E. SCOTT PRUITT, *Administrator, U.S. Environmental Protection Agency, et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## **ORDER**

Plaintiffs in this Administrative Procedure Act case challenge an administrative stay notice that the Environmental Protection Agency ("EPA") has issued, which postpones certain compliance deadlines that are part of a final rule that the EPA promulgated on November 3, 2015 under the Clean Water Act. (*See* ECF No. 1.) On June 13, 2017, the EPA filed a motion to dismiss or transfer Plaintiffs' case, or, in the alternative, to stay all proceedings (*see* ECF. No. 18), in which the EPA argues, *inter alia*, that this Court lacks jurisdiction over the instant complaint. Plaintiffs subsequently filed a motion for summary judgment (*see* ECF No. 20), and the EPA responded by filing a disputed motion to stay further briefing with respect to Plaintiffs' summary judgment motion, pending this Court's resolution of the EPA's motion to dismiss (*see* ECF No. 21). The EPA has also filed an unopposed motion for extension of time (*see* ECF No. 22), which asks the Court to extend all existing deadlines for further briefing with respect to both the EPA's motion to dismiss and Plaintiffs' motion

for summary judgment. The nub of the existing procedural dispute between the parties appears to be, on the one hand, Plaintiffs' insistence that the instant litigation proceed apace despite the fact that the EPA is reviewing its own administrative rule and the same is being challenged in the Fifth Circuit Court of Appeals, and on the other hand, the EPA's interest in postponing the instant matter during the pendency of these other reviews.

This Court has considered the various proposed courses of action, and has determined that it does not serve the interests of justice, or judicial economy, to postpone summary judgment briefing until resolution of the issues raised in the EPA's motion to dismiss. Rather, the Court believes that it is most efficient to devise a schedule that permits each party to present all available arguments in a single (consolidated) round of briefing that the Court will consider at one time. As set forth below, the Court intends to accomplish this by denying the instant motion to dismiss without prejudice, and ordering the EPA to restate its dismissal arguments in the context of a cross-motion for summary judgment and opposition to Plaintiffs' existing summary judgment motion. The Court will also extend the schedule to allow sufficient time for the parties to brief all existing issues thoroughly.

Accordingly, it is hereby

**ORDERED** that Defendants' Motion to Dismiss or Transfer or, in the Alternative, Stay All Proceedings (ECF No. 18) is **DENIED WITHOUT PREJUDICE**. Defendants are invited to reassert the same arguments, as well as all additional arguments they may wish to raise, in the consolidated brief in opposition to Plaintiffs'

motion for summary judgment and cross-motion for summary judgment that the instant order requires.  It is

**FURTHER ORDERED** that (1) Defendants shall file a consolidated opposition to Plaintiffs' summary judgment motion and cross-motion for summary judgment; (2) Plaintiffs shall file a consolidated reply and opposition to Defendants' cross-motion for summary judgment; and (3) Defendants shall file a reply in support of the cross-motion for summary judgment.  The schedule for these briefs is as follows:  (1) Defendants' Consolidated Opposition and Cross-Motion for Summary Judgment is due on or before July 28, 2017; (2) Plaintiffs' Consolidated Reply and Opposition to Defendants' Cross-Motion is due on or before August 28, 2017; and (3) Defendants' Reply in Support of the Cross-Motion is due on or before September 11, 2017.  In light of the foregoing consolidated briefing schedule, it is

**FURTHER ORDERED** that Defendants' Motion to Stay (ECF No. 21), and Defendants' Motion for Extension of Time (ECF No. 22), are **DENIED** as moot.

DATE:  June 26, 2017

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge

3