UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CLEAN WATER ACTION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 17-cv-0817 (KBJ) |
| E. SCOTT PRUITT, *Administrator, U.S. Environmental Protection Agency, et al.*, | ) ) ) ) ) | |
| Defendants, | ) ) ) | |
| and | ) ) | |
| UTILITY WATER ACT GROUP, | ) ) | |
| Intervenor-Defendant. | ) | |

## ORDER DENYING WITHOUT PREJUDICE INTERVENOR-DEFENDANT'S PENDING MOTIONS AND REQUIRING REBRIEFING

Intervenor-Defendant Utility Water Act Group ("UWAG") has filed a Motion to Dismiss Plaintiffs' complaint in this Administrative Procedure Act case (ECF No. 34), and a Cross-Motion for Summary Judgment with a supporting memorandum of law (ECF Nos. 35; 35-1). In both filings, UWAG purports to incorporate by reference all of the arguments set forth in Defendant Environmental Protection Agency's ("EPA") previously-filed motion to dismiss. (*See* ECF Nos. 34 at 2; 35-1 at 20.)[1] But in an Order dated June 26, 2017 (ECF No. 23), this Court denied EPA's motion to dismiss without prejudice and in the interests of administrative efficiency, and permitted EPA

---

[1] Page-number citations to the documents the parties have filed refer to the page numbers that the Court's electronic filing system automatically assigns.

to reassert its dismissal arguments in a consolidated cross-motion for summary judgment and brief in opposition to Plaintiffs' existing summary judgment motion. Consequently, from the standpoint of evaluating UWAG's motions, there are no arguments from EPA's motion to dismiss that remain to be incorporated.[2]  Moreover, because this Court continues to believe that it is "most efficient" to require each party "to present all available arguments in a single (consolidated) round of briefing that the Court will consider at one time" (*id.* at 2), the Court will adopt the 'clean slate' approach with UWAG as well.  That is, both UWAG's Motion to Dismiss (ECF No. 34) and Cross-Motion for Summary Judgment (ECF No. 35) will be denied without prejudice to its reasserting the arguments from those two motions in the context of a single (consolidated) cross-motion for summary judgment and opposition to Plaintiffs' summary judgment motion.  (*See, e.g.*, ECF No. 32.)  The Court will require UWAG to reformat its motions and make this consolidated filing expeditiously, to ensure that the briefing schedule for the existing motions and oppositions can be adopted and maintained with respect to UWAG's pleadings as well.

Accordingly, it is hereby

**ORDERED** that UWAG's existing Motion to Dismiss (ECF No. 34) and Cross-Motion for Summary Judgment (ECF No. 35) are **DENIED WITHOUT PREJUDICE**. The arguments raised in these motions may be restated in a new consolidated opposition and cross-motion for summary judgment, which UWAG shall file on or before August

---

[2] To the extent that UWAG wishes to incorporate EPA's prior dismissal arguments into its own filings, it can now only do so by referring to EPA's consolidated cross-motion for summary judgment and brief in opposition to Plaintiffs' summary judgment motion.  (ECF No. 32.)

14, 2017.  Plaintiffs shall file a consolidated reply and opposition to UWAG's cross-motion for summary judgment on or before August 28, 2017, and any reply brief from UWAG in support of its cross-motion for summary judgment shall be filed on or before September 11, 2017.


DATE:  August 4, 2017                            *Ketanji Brown Jackson*
                                                 KETANJI BROWN JACKSON
                                                 United States District Judge