IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN WATER ACTION, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>E. SCOTT PRUITT, ADMINISTRATOR, U.S. )<br>ENVIRONMENTAL PROTECTION AGENCY, )<br>in his official capacity, and U.S. )<br>ENVIRONMENTAL PROTECTION AGENCY, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>UTILITY WATER ACT GROUP, )<br>)<br>Intervenor-Defendant. )<br>) | Civil Action No. 1:17-cv-0817-KBJ |

## NOTICE OF RELATED PROCEEDINGS

Intervenor-Defendant, the Utility Water Act Group ("UWAG"), by counsel, files this notice of related proceedings pending in the United States Court of Appeals for the D.C. Circuit.

In this Court, Plaintiffs are seeking to amend their Complaint to add a new claim challenging an amendment to the *Effluent Limitations Guidelines and Standards for the Steam Electric Power Generating Point Source Category; Final Rule* ("ELG Rule"). ECF No. 63.

Plaintiffs also have filed a petition for review of the same amendment in the D.C. Circuit. Protective Petition for Review, *Clean Water Action v. Pruitt,* No. 17-1216 (D.C. Cir. Oct. 11, 2017), ECF No. 1698542 ("D.C. Circuit Litigation").

UWAG notifies the Court that respondents in the D.C. Circuit Litigation have filed a Motion to Transfer that case to the United States Court of Appeals for the Fifth Circuit, where

consolidated challenges to the ELG Rule are currently pending. *Clean Water Action v. Pruitt*, No. 17-1216 (D.C. Cir. Nov. 13, 2017), ECF No. 1704178.

In addition, UWAG has filed a Motion to Intervene in the D.C. Circuit Litigation and an accompanying Motion to Transfer to the Fifth Circuit. *Id.*, ECF Nos. 1704151 (D.C. Cir. Nov. 13, 2017), 1704470 (D.C. Cir. Nov. 15, 2017).

| | |
|---|---|
| Date: November 21, 2017 | Respectfully submitted, |
| | /s/ Harry M. Johnson, III |
| | Kristy A. N. Bulleit (DC Bar No. 398747)<br>Hunton & Williams LLP<br>2200 Pennsylvania Avenue, N.W.<br>Washington, DC 20037-1701<br>(202) 955-1547<br>kbulleit@hunton.com |
| | Harry M. Johnson, III (Bar No. IL0002)<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 E Byrd Street<br>Richmond, VA 23219-4074<br>(804) 788-8784<br>pjohnson@hunton.com |
| | Counsel to Intervenor-Defendant<br>Utility Water Act Group |

29142.070312 EMF_US 67264125v2