UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN WATER ACTION, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>E. SCOTT PRUITT, Administrator, U.S. Environmental Protection Agency, *et al.*,<br><br>    *Defendants*. | Civil Action No. 17-0817 (DLF) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Clean Water Action, Environmental Integrity Project, Sierra Club, Waterkeeper Alliance, Inc., PennEnvironment, Inc., Chesapeake Climate Action Network, Physicians for Social Responsibility, Chesapeake, Inc., and Prairie Rivers Network (collectively "Plaintiffs") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered by the district court in this action on April 18, 2018 (Dkt. 86), in favor of Defendants E. Scott Pruitt, Administrator, U.S. Environmental Protection Agency, and the U.S. Environmental Protection Agency against said Plaintiffs.

Respectfully submitted this 11th day of May, 2018,

*/s/ Jennifer C. Chavez*
Jennifer C. Chavez (D.C. Bar No. 493421)
Earthjustice
1625 Massachusetts Avenue NW, Suite 702
Washington, D.C. 20036
T: (202) 667-4500
E: jchavez@earthjustice.org

*/s/ Thomas J. Cmar*
Thomas J. Cmar (Illinois Bar No. 6298307) (*pro hac vice*)
Earthjustice
1101 Lake Street, Suite 405B
Oak Park, IL 60301
T: (312) 257-9338
E: tcmar@earthjustice.org

*/s/ Matthew Gerhart*
Matthew Gerhart (Washington Bar No. 42787) (*pro hac vice*)
3639 N Clayton Street
Denver, CO 80205
T: (510) 847-7721
E: megerhart@gmail.com

*Counsel for Plaintiffs Clean Water Action, Sierra Club, and Waterkeeper Alliance, Inc.*

*/s/ Casey Austin Roberts*
Casey Austin Roberts (California Bar. No. 253474) (*pro hac vice*)
Sierra Club
Environmental Law Program
1536 Wynkoop Street, Suite 200
Denver, CO 80202
T: (303) 454-3355
E: casey.roberts@sierraclub.org

*/s/ Joshua Smith*
Joshua Smith (Florida Bar No. 0096844) (*pro hac vice*)
Sierra Club
Environmental Law Program
2101 Webster Street, Suite 1300
Oakland, CA 94612
T: (415) 977-5560
E: joshua.smith@sierraclub.org

*Counsel for Plaintiff Sierra Club*

*/s/ Abel Russ*
Abel Russ (D.C. Bar No. 1007020)
Environmental Integrity Project
1000 Vermont Avenue NW, Suite 1100
Washington, DC 20005
T: (802) 482-5379
E: aruss@environmentalintegrity.org

2

*/s/ Lisa Widawsky Hallowell*
Lisa Widawsky Hallowell (Pennsylvania Bar No. 207983) (*pro hac vice*)
Environmental Integrity Project
509 Vine Street, Apt. 2A
Philadelphia, PA 19106
T: (202) 294-3282
E: lhallowell@environmentalintegrity.org

*Counsel for Plaintiffs Environmental Integrity Project, PennEnvironment, Inc., Chesapeake Climate Action Network, Physicians for Social Responsibility, Chesapeake, Inc., and Prairie Rivers Network*